UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHITA ECKARD,<br><br>        Plaintiff,<br><br>    v.<br><br>BOEHRINGER INGELHEIM,<br><br>        Defendant. | Case No. 22-cv-01725-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 29 |

The parties filed a joint status report informing the Court that they settled this matter in the arbitration proceedings but did not request that this case be dismissed. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within thirty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of thirty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: November 19, 2024

_____
SALLIE KIM
United States Magistrate Judge